JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Bedwell, | Case No.: 5:20-cv-01840-RGK-SHK |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | |
| Roger P. May, an Individual; Kathleen S. May, an Individual; Russell W. May, an Individual; and Does 1-10, | [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE   [25] |
| Defendants. | Action Filed: September 8, 2020<br>Trial Date: Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shawn Bedwell's ("Plaintiff") action against Defendants Roger P. May, Kathleen S. May and Russell W. May ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: 12/21/2020

Hon. R. Gary Klausner
United States District Judge
Central District of California